UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

         Plaintiff,

    v.

MARIA GUADA MENDOZA DE CORONA,

         Defendant.

Case No.  15-cv-02473-YGR

TENTATIVE CASE MANAGEMENT AND PRETRIAL ORDER

The Court hereby sets the following tentative dates.  If acceptable by all parties, they may file a Joint Stipulation to the proposed dates by no later than **Friday, September 25, 2015** at **noon**.  If the parties file said stipulation, they need not appear for the conference currently set for Monday, September 28, 2015, and the Court will confirm the dates in a separate order.  If a Joint Stipulation is not filed, the conference will go forward as scheduled.  The request for telephonic appearance is **DENIED**.

The Court hereby tentatively sets the following trial and pretrial dates:

**TENTATIVE PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | January 11, 2016 at 2:00 p.m. |
| REFERRED TO ADR for Mediation to occur by: | December 18, 2015 |
| LAST DAY TO JOIN PARTIES/AMEND PLEADINGS: | October 23, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | January 8, 2016 |
| DISCLOSURE OF EXPERTS: | December 4, 2015 |
| EXPERT DISCOVERY CUTOFF: | January 8, 2016 |
| DISPOSITIVE MOTIONS TO BE HEARD BY: | February 23, 2016 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 22, 2016 |
| PRETRIAL CONFERENCE: | May 6, 2016 at 9:00 a.m. |

United States District Court
Northern District of California

United States District Court
Northern District of California

1   TRIAL DATE:                                                    May 23, 2016 at 8:30 a.m.

2   TRIAL LENGTH:                                                  1 day

3          This Order terminates Docket Number 13.

4          **IT IS SO ORDERED.**

5   Dated: September 23, 2015

6   _____

7          **YVONNE GONZALEZ ROGERS**
           **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28