UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.**, <br> Plaintiff, <br> v. <br> **Maria Guada Mendoza De Corona**, <br> Defendant. | Case No. 15-cv-02473-YGR <br><br> **Order Granting in Part Stipulation to Extend Mediation Deadline** <br><br> Re: Dkt. No. 19 |

The parties have filed a stipulation to extend the mediation deadline in the above-captioned case from December 18, 2015 to "February 2016." (Dkt. No. 19.) The Court **Grants in Part** the stipulated request. The mediation deadline is hereby **Continued** to **February 12, 2016**.

This Order terminates Docket Number 19.

**It Is So Ordered.**

Dated: December 11, 2015

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**