UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**J & J Sports Productions, Inc.,**

    Plaintiff,

    v.

**Maria Guada Mendoza De Corona,**

    Defendant.

Case No. 15-cv-02473-YGR

**Order Vacating Case Management Conference; Waiving Summary Judgment Pre-Filing Conference Requirement**

Having reviewed the parties' updated joint case management statement, the Court finds that a Case Management Conference ("CMC") is not necessary at this time and so **Vacates** the CMC set for January 11, 2016. Thus, the parties' motions for telephonic appearance at the CMC (Dkt. Nos. 23-24) are **Denied** as moot.

As to plaintiff's request for a summary judgment pre-filing conference (Dkt. No. 21), the Court waives the requirement of a pre-filing conference in this instance. Plaintiff's motion for summary judgment shall otherwise conform to all applicable rules and standing orders, including with the filing of a separate statement of material facts, and must be filed in time to be properly noticed and heard by the February 23, 2016 deadline (Dkt. No. 17).

This Order terminates Docket Numbers 23-24.

**It Is So Ordered.**

Dated: January 7, 2016

_____
**Yvonne Gonzalez Rogers**
**United States District Court Judge**